IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

**RECEIVED**
2020 JAN -7  A 11: 59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Dwight Thomas<br>Full name and prison number<br>of plaintiff(s)<br><br>v.<br><br>The STATE of Alabama<br><br>_____<br><br>_____<br><br>_____<br><br>Name of person(s) who violated<br>your constitutional rights.<br>(List the names of all the<br>persons.) | CIVIL ACTION NO. 2:20-CV-0010<br>(To be supplied by Clerk of<br>U.S. District Court) |

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Ventress Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Houston County Court

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Houston County Court | P.O. Box 6406 Dothan, Al 36301 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED It stated on September 7th, 2018

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: My 6th Amendment is being Violated

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

According to the 6th Amendment of the Constitution of the United States "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial", and as of right now the right is being violated, because I filed for a speedy trial 8 months ago which is well over 180 days

GROUND TWO: My due process has also been violated, My attorney waived my preliminary hearing without my knowledge

SUPPORTING FACTS: According to the Federal Rules of Criminal Procedure rule 5.1(b) "A preliminary hearing, once demanded, may be subsequently waived in open court or by written waiver signed by the defendant and defendants' counsel if any". So by my attorney waiving my hearing without me is a major violation of my due process

GROUND THREE: 4th Amendment was violated

SUPPORTING FACTS: A house was search with a search warrant that was more that 10 day old

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want exactly what the Alabama Rules of Criminal Procedure rule 5.1(d) say which is; the defendant shall be released from custody automatically. As well as monetary compensation

Dwight Thomas
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 6th, 2020.
(Date)

Dwight Thomas
Signature of plaintiff(s)

4

Dwight Thomas #239064 E4/38B
379 Hwy 239 North
Clayton, Alabama 36016

MONTGOMERY AL 360
06 JAN 2020 PM 4 L

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED, AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.

The United States District Court
for The Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

36104-401801